

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1cr18: 456 |
| ) | |
| THE OUTPOST, LLC, ) | |
| ) | |
| Defendant ) | |

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

Between on or about March 9, 2017, and April 6, 2017, in Loudoun County, within the Eastern District of Virginia, and elsewhere, defendant THE OUTPOST, LLC, did unlawfully and knowingly import and bring into the United States merchandise contrary to law, facilitate the transportation of such merchandise, and receive such merchandise after importation.  In specific, on or about the dates specified above, THE OUTPOST, LLC caused to be imported from Southhampton, England, and then transported to and received in Middleburg, Virginia, over 100 undeclared wildlife items, including items protected by the Endangered Species Act and the Convention on International Trade in Endangered Species, such as sea turtle shell, sawfish blades, crocodile skin bags, coral, and mounted birds of prey, in violation of Title 16, United States Code, Section 1538(c)(1), all in violation of Title 18, United States Code, Section 545.

G. Zachary Terwilliger
United States Attorney

By: _____
Gordon D. Kromberg
Assistant United States Attorney